UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

WESTFIELD INSURANCE COMPANY,

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　　　　　CAUSE NO. 3:19-CV-1026 DRL-MGG

S&L BUILDERS, LLC *et al.*,

　　　　Defendants.

## OPINION & ORDER

On January 3, 2020, the clerk's office entered default against Defendant Matthew Schwartz. Westfield Insurance Company then moved for default judgment against him. The company requests this court to declare that "Westfield has no duty under [the insurance policy] . . . to defend Defendants S&L Builders, LLC, Steve Chupp, and Waneta Chupp . . . ." *Id.* Though the other defendants have not responded to Westfield's motion and though Westfield acknowledges that the requested relief is not binding on the other defendants, Westfield has not explained why such a declaration of this scope is appropriate based solely on Matthew Schwartz's default. A judgment of this nature could lead to an inconsistent ruling after a decision on the merits against other defendants is reached. Thus, entering a default judgment against Mr. Schwartz now in this manner would equate to issuing an advisory ruling on the liability of the other defendants.

Accordingly, Westfield's motion for default judgment against Mr. Schwartz (ECF 38) is DENIED without prejudice to renew.

SO ORDERED.

July 23, 2020　　　　　　　　　　　　　　　　*s/ Damon R. Leichty*
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court